AO 456 (5/85) Civil / Criminal Notice

# United States District Court
## Western District of Texas
## El Paso Division

**FILED**
**01/15/2016**
Clerk, U.S. District Court
Western District of Texas

By: _Vm_
Deputy

**USA**

vs.

**(1) FELIPE PASCUAL-AGUSTIN**

*Defendant*

**Case Number: EP:16-M -00005(1)**

## NOTICE OF RESETTING

TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Albert Armendariz Sr., United States Courthouse 525 Magoffin Ave El Paso, Texas 79901 | Magistrate Crtrm # 612 |
| | DATE AND TIME |
| | January 21, 2016 at 2:30 PM |

TYPE OF PROCEEDING

**MISDEMEANOR ARRAIGNMENT**
**(Reset from: 01/19/2016)**

**ROBERT F. CASTANEDA**
UNITED STATES MAGISTRATE JUDGE

| January 15, 2016 | V. Montoya | (915)834-0520 |
|---|---|---|
| DATE | (BY) DEPUTY CLERK | |

TO:  DEFENDANT
     DEF ATTORNEY:  **Edward Hernandez**
     U.S. PROBATION
     U.S. PRETRIAL
     U.S. ATTORNEY:
     U.S. MARSHAL