# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

**FILED**
Jan 21 2016
**Clerk, U.S. District Court**
**Western District of Texas**

By: /s/ Vm
**Deputy**

**UNITED STATES OF AMERICA**  §
§ CASE NUMBER: **EP:16-M -00005(1)**
vs.  § USM Number**:**
§
**(1) FELIPE PASCUAL-AGUSTIN**  §

Defendant.

## JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Felipe Pascual-Agustin, was represented by counsel, Edward Hernandez.

The defendant pled guilty to the complaint on **January 21, 2016.** Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | December 29, 2015 |

As pronounced on January 21, 2016, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served.** The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

Signed on this the 21st day of January, 2016.

_____
ROBERT F. CASTANEDA
U.S. MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | **Case Number:** |
| vs. | § § | EP:16-M -00005(1) |
| | § | |
| (1) FELIPE PASCUAL-AGUSTIN | § | |

## ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Hernandez, Edward, is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.

It is so **ORDERED** this 4th day of January, 2016.

_____
ROBERT F. CASTANEDA
U.S. MAGISTRATE JUDGE

AO 91 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
01/04/2016
Clerk, U.S. District Court
Western District of Texas

By: Vm

Deputy

| | |
|---|---|
| **USA** | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: **EP:16-M -00005(1)** |
| | § |
| **(1) FELIPE PASCUAL-AGUSTIN** | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 29, 2015** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The Defendant, Felipe PASCUAL-Agustin an alien to the United States and a citizen of Guatemala, entered the United States from the Republic of Mexico on December 29, 2015 by wading the Rio Grande River 2.1 miles west of the Paso Del Norte Port of Entry, El Paso, Texas, which is located in the Western District of Texas. The area where the DEFENDANT crossed is not designated as a port of entry by immigration officers."*

Continued on the attached sheet and made a part hereof:  **X** Yes  ☐ No

Sworn to before me and subscribed in my presence,

Signature of Complainant
Urquidi, John P.
Border Patrol Agent

01/04/2016  at  EL PASO, Texas
Date           City and State

ROBERT F. CASTANEDA
U.S. MAGISTRATE JUDGE

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

**WESTERN DISTRICT OF TEXAS**

**(1) FELIPE PASCUAL-AGUSTIN**

FACTS   (CONTINUED)

**On December 29, 2015, at approximately 6:30 p.m., Camera Control advised agents of three individuals entering the United States illegally approximately 2.1 miles west of the Paso Del Norte Port of Entry, El Paso, Texas. Border Patrol Agent Damian Martinez responded to the area and approached the individuals. Agent Martinez identified himself as United States Border Patrol Agents. Agent Martinez questioned all the individuals to include the DEFENDANT as to his citizenship and immigration status. The DEFENDANT readily admitted to being citizen of Guatemala with no immigration documents allowing him to enter, be or remain in the United States legally. The DEFENDANT was transported to the Paso Del Norte Border Patrol Processing Center for processing. The DEFENDANT was enrolled into the E3/IDENT/NGI system utilizing his biographic information and fingerprints. The system returned with negative immigration and negative criminal history. The DEFENDANT was advised and read his rights via Form I-214S which he acknowledged that he understood his rights by signing the form. Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.**

The Defendant, Felipe PASCUAL-Agustin an alien to the United States and a citizen of Guatemala, entered the United States from the Republic of Mexico on December 29, 2015 by wading the Rio Grande River 2.1 miles west of the Paso Del Norte Port of Entry, El Paso, Texas, which is located in the Western District of Texas. The area where the DEFENDANT crossed is not designated as a port of entry by immigration officers.

IMMIGRATION HISTORY:

**NONE**

CRIMINAL HISTORY:

**NONE**

# United States District Court
# Western District of Texas

## El Paso Division

FILED
Jan 4 2016
Clerk, U.S. District Court
Western District of Texas

By: ___Vm___
Deputy

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| vs. § | **CASE NUMBER: EP:16-M -00005(1)** |
| § | |
| **(1) FELIPE PASCUAL-AGUSTIN** § | 3:04 - 3:14 |
| § | |
| *Defendant* | |
| | Interpreter Required: Yes ☐ No ☐ |

---

### *PROCEEDINGS SHEET/NOTICE                                       8:1325

TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Albert Armendariz Sr.<br>United States Courthouse<br>525 Magoffin Ave.<br>El Paso, Texas 79901 | **Magistrate Courtroom #612**<br>DATE AND TIME<br>**January 19, 2016  AT 1:30 PM** |

TYPE OF PROCEEDING

**MISDEMEANOR ARRAIGNMENT**

**ROBERT F. CASTANEDA**
UNITED STATES MAGISTRATE JUDGE

| | | |
|---|---|---|
| **January 4, 2016** | **V.Montoya** | **(915)834-0520** |
| INITIAL APPEARANCE DATE* | (BY) DEPUTY CLERK | |

TO: DEFENDANT:
    DEF ATTORNEY:    **Edward Hernandez    (915) 838-0338    (CJA)**
    U.S. PROBATION
    U.S. PRETRIAL
    U.S. ATTORNEY
    U.S. MARSHAL
    AGENCY / AGENT:  **El Paso Sector Border Patrol -**
                     **Urquidi, John P.**

BOND:    **$10,000 - CASH OR CORPORATE SURETY**

---

**Defendant afforded initial appearance pursuant to Fed.R.Crim.P.5. informed of charges, penalties, right to remain silent, right to preliminary examination, right to be represented by counsel, and to appointment of counsel if Defendant is financially unable to obtain counsel, and the circumstances under which Defendant may secure pretrial release. ** Initial appearance for Defendant is electronically recorded.**