(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

FILED
Jan 21 2016
Clerk, U.S. District Court
Western District of Texas

By: _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| vs. | § CASE NUMBER: **EP:16-M-00005(1)** USM |
| | § Number: |
| **(1) FELIPE PASCUAL-AGUSTIN** | § |
| Defendant. | § |

## JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Felipe Pascual-Agustin, was represented by counsel, Edward Hernandez.

The defendant pled guilty to the complaint on January 21, 2016. Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | December 29, 2015 |

As pronounced on January 21, 2016, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served**. The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect this assessment are not likely to be effective.

Signed on this the 21st day of January, 2016.

_____
ROBERT F. CASTAÑEDA
U.S. MAGISTRATE JUDGE

ON 1-25-16 S_____
REL TO:_____
    R. ALMONTE
    BY:_____